Michael S. Adler
TANTALO & ADLER LLP
1901 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
Telephone: (310) 734-8695
Facsimile: (310) 734-8696
Email: madler@ta-llp.com

Gerald D. Silver
SULLIVAN & WORCESTER LLP
1633 Broadway, 32nd Floor
New York, New York 10019
Telephone: (212) 660-3000
Facsimile: (212) 660-3001
Email: gerry.silver@sandw.com

Attorneys for Defendants Vice Media, Inc.
and Vice Media Canada, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – CENTRAL DIVISION

| | |
|---|---|
| ERIC AGUIRRE pka VICE aka DJ VICE, an individual, VICE PRODUCTIONS, INC., a California corporation; MY VICE PRODUCTIONS, LLC, a California limited liability company,<br><br>         Plaintiffs,<br><br>   vs.<br>VICE MEDIA, INC., a Delaware corporation; VICE MEDIA CANADA, INC., a Canadian corporation; and DOES 1 through 10,<br><br>         Defendants. | CIVIL ACTION:  Case No. CV 12-8637 |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned Counsel for the parties hereto, that this action is dismissed, with prejudice, with each party

{N0345746; 1}

bearing its own respective attorneys' fees, costs and disbursements.  This Court shall retain jurisdiction to enforce the terms of the parties' agreement.

Dated: June 5, 2013

| MILORD & ASSOCIATES, P.C. | TANTALO & ADLER, LLP |
|---|---|
| By: /s/ Milord A. Keshishian<br>    Milord A. Keshishian<br>    Attorneys for Plaintiffs,<br>    ERIC AGUIRRE, VICE<br>    PRODUCTIONS, INC., MY VICE<br>    PRODUCTIONS, LLC | By: /s/ Michael S. Adler<br>    Michael S. Adler<br>    Attorneys for Defendants/Counterclaimants,<br>    VICE MEDIA, INC. and<br>    VICE MEDIA CANADA, INC. |

{N0345746; 1}